J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
*Assistant General Counsel at Righthaven*
JOSEPH CHU, ESQ.
Nevada Bar No. 11082
jchu@righthaven.com
*Staff Attorney at Righthaven*
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>RK, INC., a corporation of unknown origin; and RICHARD KWEI, an individual,<br><br>Defendants. | Case No.: 2:10-cv-01904-GMN-PAL<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

In accordance with Fed. R. Civ. P. 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for Righthaven LLC, certifies that the following have a direct, pecuniary interest in the outcome of this case:

1. Righthaven LLC, a Nevada limited-liability company;
2. SI Content Monitor LLC, an Arkansas limited-liability company; and
3. Net Sortie Systems, LLC, a Nevada limited-liability company.

1

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

Dated this fourth day of November, 2010.

RIGHTHAVEN LLC

By: /s/ J. Charles Coons

J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
JOSEPH CHU, ESQ.
Nevada Bar. No. 11082
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Attorneys for Plaintiff