ANNE E. PIERONI, ESQ.
Nevada Bar No. 9650
apieroni@righthaven.com
*Counsel at Righthaven LLC*
IKENNA K. ODUNZE, ESQ.
Nevada Bar No. 9885
iodunze@righthaven.com
*Counsel at Righthaven LLC*
RIGHTHAVEN LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Tel.: (702) 527-5900
Fax: (702) 527-5909

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>RK, INC., a corporation of unknown origin; and RICHARD KWEI, an individual,<br><br>Defendants. | Case No.: 2:10-cv-01904-GMN-PAL<br><br>**NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF PLAINTIFF RIGHTHAVEN LLC WITH CERTIFICATE OF SERVICE** |

PLEASE TAKE NOTICE that Anne E. Pieroni, Esq. and Ikenna K. Odunze, Esq. are

entering an appearance in this action as in-house counsel for Plaintiff, RIGHTHAVEN LLC.

/ / /

/ / /

/ / /

1

Please serve all pleadings and papers to RIGHTHAVEN LLC at the address below, as well as continuing to serve all other counsel in this action at the addresses associated with their respective appearances.

RIGHTHAVEN LLC
Anne E. Pieroni, Esq.
apieroni@righthaven.com
Ikenna K. Odunze, Esq.
iodunze@righthaven.com
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Tel.: (702) 527-5900
Fax: (702) 527-5909

Dated this 31st day of January, 2011.

RIGHTHAVEN LLC

By: /s/ Anne E. Pieroni, Esq.
ANNE E. PIERONI, ESQ.
Nevada Bar No. 9650
apieroni@righthaven.com
*Counsel at Righthaven LLC*
IKENNA K. ODUNZE, ESQ.
Nevada Bar No. 9885
iodunze@righthaven.com
*Counsel at Righthaven LLC*
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Tel.: (702) 527-5900
Fax: (702) 527-5909
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of Righthaven LLC and that on this 31st day of January, 2011, I caused **NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF PLAINTIFF RIGHTHAVEN LLC WITH CERTIFICATE OF SERVICE** to be to be served by the Court's CM/ECF system.


By: /s/ Anne E. Pieroni
An Employee of Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Tel: (702) 527-5900